The State v. Roscoe.

THE STATE v. ROSCOE *et al.*, *Appellants.*

**Practice** : APPEAL, WHEN DISMISSED. Where the record shows that no order, granting an appeal, was ever made, and that the affidavit for an appeal was not made until in vacation, after the adjournment of the term of court at which final judgment was entered, the cause will be stricken from the docket of the Supreme Court.

*Appeal from Jackson Criminal Court.*—HON. H. P. WHITE, Judge.

APPEAL DISMISSED.

*Sherry & Hughes* and *W. M. Burris* for appellants.

*B. G. Boone,* Attorney General, for the state.

SHERWOOD, J.—The merits of this cause cannot be considered, for the reason that the record shows that no order granting an appeal was ever made, and that the affidavit for an appeal was not made until in vacation, after the adjournment of the term of court at which final judgment was entered. *State ex rel. v. Keuchler,* 83 Mo. 193 ; *State v. Rhodes,* 86 Mo. 635 ; *Brown v. Railroad,* 83 Mo. 478 ; *Cissell v. Cissell,* 77 Mo. 371 ; *Stavely v. Kunkel,* 27 Mo. 422 ; *Lengel v. Smith,* 48 Mo. 276 ; *Clelland v. Shaw,* 51 Mo. 440 ; *State ex rel. v. Lewis,* 71 Mo. 170 ; *Randolph v. Mauck,* 78 Mo. 468 ; R. S., 1879, sec. 1973.

For these reasons, we have no jurisdiction of this cause, and, therefore, order the same stricken from the docket.    All concur.